**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Daniel Riley</u>

    v.                                    Docket No. 08-mj-19

<u>United States</u>
<u>Thomas Colantuono</u>
<u>Robert Kinsella</u>
<u>Arnold Huftalen</u>
<u>Stephan Monier</u>

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

                                    /s/ James R. Muirhead
                                    James R. Muirhead
                                    United States Magistrate Judge

Date: February  4, 2008

cc:   Daniel Riley, pro se