UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Daniel Riley</u>

    v.                                                 Case No. 08-mj-19

<u>United States of America,</u>
<u>Thomas P. Colantuono,</u>
<u>Robert M. Kinsella,</u>
<u>Arnold H. Huftalen, and</u>
<u>Stephen R. Monier</u>

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                                         _____
                                                         Steven J. McAuliffe
                                                        Chief Judge

February 6, 2008

cc: Daniel Riley, <u>pro se</u>