```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Daniel Riley**

    **v.**                                                           Case No. 08-mj-19

**United States,**
**Thomas Colantuono**
**Robert Kinsella**
**Arnold Huftalen**
**Stephen Monier**

## O R D E R

I recuse myself from presiding over this case.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

February 6, 2008

cc: Daniel Riley, pro se