```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Daniel Riley

       v.                      Case No. 08-mj-19

United States,
Thomas Colantuono
Robert Kinsella
Arnold Huftalen
Stephen Monier


                             O R D E R

    I recuse myself from presiding over this case.

    SO ORDERED.

                                    /s/ Joe Laplante
                                    Joseph N. Laplante
                                    United States District Judge

February 7, 2008

cc:  Daniel Riley, pro se