UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Daniel Riley</u>

    v.                         Civil No. 08-mj-19

<u>United States</u>
<u>Thomas Colantuono</u>
<u>Robert Kinsella</u>
<u>Arnold Huftalen</u>
<u>Stephen Monier</u>

<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case.

    SO ORDERED.

                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  February 19, 2008

cc:  Daniel Riley, pro se